IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01491-BNB

SCOTT L. LYTLE,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp, Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2009

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

Applicant Scott L. Lytle is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. On June 12, 2009, Mr. Lytle submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Magistrate Judge Boyd N. Boland entered an order, on June 25, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Lytle either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Lytle was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Lytle now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. The Court has reviewed the

case file, concurs with Magistrate Judge Boland's determinations, and finds that the action should be dismissed for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency within the time allowed.

DATED at Denver, Colorado, this 5 day of Aug., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01491-BNB

Scott L. Lytle
Reg No. 08860-046
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  8/6/09

                                   GREGORY C. LANGHAM, CLERK

                                   By: _____
                                                Deputy Clerk